IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR-18-40-C |
| | ) | |
| CHARLES ANTHONY BATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Defendant seeks early termination of his term of supervised release. Defendant pleaded guilty to conspiracy to possess with intent to distribute methamphetamine and was sentenced to 12 months and 1 day of incarceration followed by two years of supervised release. Plaintiff objects to Defendant's request for early termination of supervised release.

18 U.S.C. § 3583(e)(1) governs Defendant's request. In pertinent part that statute states:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)–
>
> > (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice . . .

Defendant has offered no argument demonstrating early termination is in the interest of justice. To be sure, Defendant has made significant strides in rebuilding his life since

his release and the Court commends his efforts. It is, of course, always encouraging when a person has made a positive turn in his life. Nevertheless, after considering the above factors, the Court finds that early termination is not warranted at this time. While Defendant has been compliant with the terms of his release, the relevant time period is simply too brief. Rather, the Court finds that when considering the underlying offense and Defendant's criminal history, a longer period of post-incarceration monitoring is necessary.

For the reasons set forth herein, Defendant's Motion for Order to Terminate Supervised Release Early (Dkt. No. 49) is DENIED.

IT IS SO ORDERED this 18th day of November, 2021.

ROBIN J. CAUTHRON
United States District Judge